UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mathew Timothy Scully, | Case No. 22-cv-0397 (WMW/JFD) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Minnesota Department of Corrections, Paul Schnell, Jamie Doeden, and DCO Blanchard, | |
| Defendants. | |

---

Before the Court is the March 21, 2022 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty. (Dkt. 6.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 21, 2022 R&R, (Dkt. 6), is **ADOPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P.

3. Plaintiff Mathew Timothy Scully's application to proceed in *forma pauperis*, (Dkt. 2), and motion to appoint counsel, (Dkt. 4), are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 25, 2022                                          s/Wilhelmina M. Wright
                                                                           Wilhelmina M. Wright
                                                                           United States District Judge